■ A.R.K. PATENT INTERNATIONAL, L.L.C., et al., Respondents-Appellants, v MARK LEVY et al., Appellants-Respondents. [21 NYS3d 658]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered December 10, 2014. The order, among other things, denied in part defendants' motion for summary judgment dismissing the amended complaint and denied in part plaintiffs' spoliation motion.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni and DeJoseph, JJ.

■ CHRISTOPHER WRIGHT, Appellant, v JOSEPH MARRA et al., Respondents. [21 NYS3d 659]—Appeal from an order of the Supreme Court, Cattaraugus County (Paula L. Feroleto, J.), entered December 8, 2014. The order, among other things, granted defendants' cross motion for summary judgment dismissing the complaint in its entirety.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Carni, Valentino and DeJoseph, JJ.